IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUSTIN BURNS                                                                                          PLAINTIFF
ADC #146885

v.                                     No: 5:19-cv-00143 JM-PSH

WASHINGTON, *et al.*                                                                          DEFENDANTS

## ORDER

The Court has reviewed the Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris on July 3, 2019. No objections have been filed. After careful consideration, the Court concludes that the Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Burns' equal protection claims be dismissed without prejudice for failure to state a claim upon which relief may be granted.

DATED this 18th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE