IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUSTIN BURNS                                                                         PLAINTIFF
ADC #146885

v.                                      No: 5:19-cv-00143 JM

WASHINGTON, *et al.*                                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the defendants' motion for summary judgment (Doc. No. 25) is granted, and Burns' claims are dismissed without prejudice for failure to exhaust available administrative remedies.

DATED this 30th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE