IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JUSTIN BURNS** **PLAINTIFF**
**ADC #146885**

v. No: 5:19-cv-00143 JM

**WASHINGTON,** *et al.* **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 30th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE